## FIRST FEDERAL SAVINGS & LOAN ASSOCIA-TION OF PROVIDENCE *v.* LANGTON, TAX ADMINISTRATOR

No. 288.   Decided January 19, 1970

*Max Winograd* for appellant.

*Herbert F. De Simone,* Attorney General of Rhode Island, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.